# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00195-CV

---

**Demetrius T. Crockett, Appellant**

**v.**

**Raul Garcia, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-24-000388, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On March 17, 2025, Demetrius T. Crockett filed a notice of appeal, attempting to appeal from the trial court's order denying Crockett's motion to recuse the Honorable Eric Shepperd from all cases in which Crockett is a litigant.[1]  Upon initial review, the Clerk of this Court sent Crockett a letter informing him that this Court appears to lack jurisdiction over the appeal because our jurisdiction is limited to appeals in which there exists a final or appealable judgment or order that has been signed by a judge.  *See* Tex. R. Civ. P. 18a(j)(1)(A) ("An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment.").  The Clerk requested a response from Crockett on or before April 21, 2025, explaining how this Court may exercise jurisdiction over his appeal, and informed him that

---

[1] The motion was denied by Judge Daryl Coffey, presiding by assignment.

his appeal may be dismissed for want of jurisdiction unless he timely responded and demonstrated jurisdiction.

However, Crockett has not responded or provided any information that would indicate appellate jurisdiction over his attempted appeal. Because "[a]n order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment," *id.*, we lack appellate jurisdiction over this interlocutory order. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed: May 8, 2025